UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARCO MIGUEL ROBERTSON, | ) | No. CV 10-02946-ODW (VBK) |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE AMENDED REPORT AND |
| v. | ) | RECOMMENDATION OF THE UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND (2) |
| HARLEY LAPPIN, et al., | ) | DISMISSING THE FIRST AMENDED |
| | ) | PETITION FOR WRIT OF HABEAS |
| Respondents. | ) | CORPUS |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition"), all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

1     **IT IS ORDERED** that: (1) the Court accepts and adopts the Amended

2 Report and Recommendation, and (2) judgment be entered dismissing the

3 First Amended Petition without prejudice.

4

5

6

7 DATED:<u>July 21, 2010</u>

                                  _____

8                                     OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28