JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARCO MIGUEL ROBERTSON, | ) | No. CV 10-02946-ODW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| HARLEY LAPPIN, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, dismissing the Petition without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: <u>July 21, 2010</u>

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE